No. 60400.—Paris Leather Co. v. United States, protests 253301–K and 253302–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of hides and skins of the India water buffalo imported to be used in the manufacture of rawhide articles and that the issue is similar in all material respects to that the subject of *Max Rosenberg* v. *United States* (32 Cust. Ct. 295, C. D. 1616), the claim of the plaintiff was sustained.